George A. Kawkes, Administrator of Estate of Peter Zapantis, Deceased, Appellant, v. Richter's Food Products, Inc. and Joseph Wekony, Appellees.

Gen. No. 42,540.

opinion filed June 30, 1943. Ritsos & Ritsos, Zack T. Ritsos and Nicholas T. Ritsos, for appellant; Hinshaw & Culbertson, for appellees; Oswell G. Treadway, of counsel. Opinion by PRESIDING JUSTICE BURKE. ''Not to be published in full.''